UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VERMELL JOHNSON,

                    Plaintiff,

   -against-

DYNAMIC EDUCATIONAL SERVICES, INC.,

                    Defendant.

-----------------------------------------------------------X

ORDER
08 CV 5233 (CBA)(LB)

**BLOOM, United States Magistrate Judge:**

By letter dated January 7, 2010, defendant requests permission to move for summary judgment. (Document 20.) Defendant's request is granted according to the following schedule: defendant shall serve its motion on plaintiff by February 5, 2010; plaintiff shall serve her opposition to the motion on defendant's counsel by March 5, 2010; and defendant shall serve its reply, if any, and electronically file the fully briefed motion by March 19, 2010. No motion papers shall be filed until the motion is fully briefed. Plaintiff may contact the *Pro Se* Office at (718) 613-2665 for information on Court procedures.

SO ORDERED.

                                               LOIS BLOOM
                                               United States Magistrate Judge

Dated: January 11, 2010
       Brooklyn, New York

1